COLUMBIA-KNICKERBOCKER TRUST COMPANY, as Substituted Trustee of the Trust Created by the Will of JOHN C. TILLOTSON, Deceased, Respondent, *v.* CORNELIA R. WAINWRIGHT et al., Respondents, and HOWARD TILLOTSON et al., Appellants, Impleaded with Others.

(Submitted February 1, 1915; decided February 5, 1915.)

Motion for re-argument denied, with ten dollars costs. (See 213 N. Y. 680.)

LORENZ REICH, Appellant, *v.* ALEXANDER S. COCHRAN et al., Individually and as Executors of and Trustees under the Will of WILLIAM F. COCHRAN, Deceased, Respondents, Impleaded with Others.

(Submitted February 1, 1915; decided February 5, 1915.)

MOTION to amend remittitur.　(See 213 N. Y. 416.)

Motion granted and remittitur amended to read as follows: " Order of Appellate Division reversed and judgment of Special Term affirmed, with costs in the Appellate Division and in this court, with leave to respondent Cochran to withdraw demurrer and serve answer within twenty days after the filing of the amended remittitur. Question certified answered in the affirmative."